TMM: USAO 2023R00718
PEB 11.28.23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. JKB 23cr424 |
| ALFREDO CARREON-LOPEZ, | * (Illegal Re-Entry of a Deported Alien, 8 U.S.C. §§ 1326(a), (b)(2) |
| Defendant. | * |

*******

## INDICTMENT
## COUNT ONE
**(Illegal Re-Entry of a Deported Alien)**

The Grand Jury for the District of Maryland charges that:

On or about September 15, 2023, in the District of Maryland, the defendant,

**ALFREDO CARREON-LOPEZ**

an alien who previously had been deported and removed from the United States, subsequent to a conviction for commission of an aggravated felony, knowingly entered and was found in the United States, in Baltimore County, State of Maryland, without having received the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission to the United States as required by law.

8 U.S.C. §§ 1326(a), (b)(2)

Erek L. Barron
United States Attorney

A TRUE BILL
**SIGNATURE REDACTED**
Foreperson

Date 11/29/2023