## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. JKB-23-424** |
| **ALFREDO CARREON-LOPEZ,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

### ORDER

Having considered the grounds advanced in the Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, and good cause having been shown in support of the relief requested in the Motion, the Court, on this 22 day of Jan. , 2025, finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interests of the public and the Defendant in a speedy trial because the parties require a longer period than is normally afforded under the federal Speedy Trial Act to conduct plea discussions and to engage in pre-trial preparation in the event that no agreement is reached upon a plea. Therefore, it is hereby:

ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that for the reasons set forth in the Motion, all time from January 21, 2025 through March 22, 2025 shall be excluded from calculation of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161 in this case.

Honorable James K. Bredar
United States District Judge