USDC- BALTIMORE
'25 JUN 3 PM 3:58
PAR 6.3.25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. JKB-23-424 |
| v. | * |
| | * (Illegal Re-Entry of a Deported Alien, |
| ALFREDO CARREON-LOPEZ, | * 8 U.S.C. §§ 1326(a), (b)(1)) |
| | * |
| Defendant. | * |

*******

## SUPERSEDING INFORMATION

### COUNT ONE
**(Illegal Re-Entry of a Deported Alien)**

The United States Attorney for the District of Maryland charges that:

On or about September 15, 2023, in the District of Maryland, the defendant,

**ALFREDO CARREON-LOPEZ**

an alien who previously had been deported and removed from the United States, subsequent to a conviction for commission of a felony, knowingly entered and was found in the United States, in Baltimore County, State of Maryland, without having received the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission to the United States as required by law.

8 U.S.C. §§ 1326(a), (b)(1)

*Kelly O. Hayes*
Kelly O. Hayes
United States Attorney

6/3/25
Date